**Motion Granted and Order filed January 30, 2020**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00898-CR

———————

## EX PARTE WALTER D. ALLEN, JR.

On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1339605A

## O R D E R

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 10, 2020, containing Petitioner's Objections to the State's Proposed Findings of Fact, Conclusions of Law, and Order filed on September 9, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.